**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

**No. 52398.**

April 25, 1972.

The showing made is insufficient to warrant the exercise of our supervisory jurisdiction.

BARHAM, J., cannot concur. There is neither a transcript of the evidentiary hearing nor reasons for denial of the writ by the trial court after that hearing. I cannot determine whether relator's allegations have been refuted by evidence at that hearing.

260 So.2d 699

**STATE of Louisiana ex rel.**
**Cleveland HAWKINS**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

**No. 52397.**

April 25, 1972.

the showing made does not warrant the exercise of our jurisdiction.

260 So.2d 699

**STATE of Louisiana**
**v.**
**Ramon TORRES, III.**
**No. 52400.**

April 25, 1972.

Relator has an adequate remedy by appeal in the event of conviction. See comment (g), Article 703, subd. C. Cr.P.